**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAYMOND LEE ZIMMERMAN, | ) | NO. CV 10-01167-AG (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition For Writ of Habeas Corpus and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 28, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE